1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   GALA S. LUI,                          1:06-cv-00875-AWI-SMS (PC)

12        Plaintiff,                       ORDER GRANTING PLAINTIFF'S FIRST
                                           MOTION TO EXTEND TIME TO FILE
13        vs.                              OBJECTIONS TO FINDINGS AND
                                           RECOMMENDATION
14   GLORIA A. HENRY, et al.,
                                           (Doc. 8)
15        Defendants.
                                           FORTY-FIVE (45) DAY DEADLINE
16   _____/

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On June 20, 2008,  plaintiff filed a motion to extend time to file objections to the

19   findings and recommendations.  Good cause having been presented to the court and GOOD

20   CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21        Plaintiff is granted forty-five (45) days from the date of service of this order in which to

22   file objections to the findings and recommendations.

23   IT IS SO ORDERED.

24   **Dated:    June 26, 2008             _____/s/ Sandra M. Snyder_____**
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28